**Order filed June 25, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00288-CR
———————

### KENYATTA WESLEY FREDERICK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 413th Judicial District**
**Johnson County, Texas**
**Trial Court Cause No. F46217**

## ORDER

The clerk's record in this appeal was filed March 18, 2013. A relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the motion for new trial filed March 19, 2013.

The Johnson County District Clerk is directed to file a supplemental clerk's record on or before **July 8, 2013**, containing the motion for new trial filed March 19, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM